United States District Court
Southern District of Texas
**ENTERED**
March 08, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| SANDRA JOYCE ROBINSON, | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. G-13-063 |
| | § § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMIN., | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

In accordance with the Court's Opinion and Order issued this same date, the Motion for Summary Judgment filed by Plaintiff Sandra Joyce Robinson is **GRANTED** and this action is **REMANDED** to the Social Security Administration for further proceeding pursuant to 42 U.S.C. § 405(g).

**This is a FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this _____8th_____ day of March, 2017.

JOHN R. FROESCHNER
UNITED STATES MAGISTRATE JUDGE